UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**          Case No. 3:13-CV-292

    Plaintiff,          **Judge Timothy S. Black**
                                                    **Magistrate Judge Michael R. Merz**

-vs-

**THOMAS L. MCCAULEY,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc 121) in Case No. 3:06-cr-154 of the Magistrate Judge is **ADOPTED**; that the Defendant's Motion to Vacate (Doc. 119) is **DISMISSED with prejudice**; that any requested certificate of appealability is **DENIED**; it is **CERTIFIED** that an appeal would be objectively frivolous; and the case is **CLOSED** from the docket of the Court.

Date: 10/18/2013          **JOHN P. HEHMAN, CLERK**

                                                                                  By: *s/ M. Rogers*
                                                                                  Deputy Clerk